UNITED STATES OF AMERICA )
    v. ) CR NO: 2:13-MJ-0156 (SEALED)
)
**SHANNTAYE HICKS** )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   ☒ Ad Prosequendum    ☐ Ad Testificandum.
Name of Detainee: **SHANNTAYE HICKS**

Detained at (custodian): **Sacramento County Sheriff**

**SEALED**

Detainee is:  a.)  ☒ charged in this district by:
   ☐ Indictment    ☐ Information    ☒ Complaint
   Charging Detainee With: **18 U.S.C. § 1591(a)(1), 1591(a)(2) and 2423(a)** Knowingly transport of minor for commercial sex act.
or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings
or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **on or before May 16, 2013** in the Eastern District of California.*

Signature: /s/ Kyle F. Reardon
Printed Name & Phone No: **KYLE F. REARDON (916) 554-2782**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***May 16, 2013***, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5/16/2013                                                  /s/ Carolyn K. Delaney
Date                                                       United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | SHANNTAYE HICKS | Male ☐ | Female ☒ |
| Booking or CDC #: | X-3175799 (7E129A) | DOB: | 09-01-1989 |
| Facility Address: | 651 I Street | Race: | C |
| | Sacramento, CA 95814 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | False Info Obstructing RT Inspector; Failure to Appear. | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                                              (Signature)